UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NICOLA FITCHNER,

    Plaintiff,

v.                             Case No.:  6:24-cv-254-KCD

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## **ORDER**

Before the Court is the Commissioner's Unopposed Motion for Entry of Judgment With Remand. (Doc. 19.) Defendant believes that remand is appropriate to reevaluate the nature and severity of the claimant's impairments during the period at issue; further evaluate the opinion evidence pursuant to 20 C.F.R. § 404.1527; obtain medical expert opinion evidence about the claimant's functioning during the relevant period if necessary; obtain supplemental vocational expert testimony to determine whether the claimant can perform work in the national economy and address the vocational evidence submitted by the claimant with his request for review of the hearing decision; and finally issue a new decision on whether the claimant was disabled from January 3, 2006 through January 3, 2010, the date he attained age 22.

Under 42 U.S.C. § 405(g), the Court has the power to enter judgment, reversing and remanding a social security case for rehearing. *See Shalala v. Schaefer*, 509 U.S. 292, 296-98 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 101-02 (1991). Defendant's request for remand is appropriate, and given Plaintiff's consent, it will be granted.

Accordingly, it is now **ORDERED**:

1. The Commissioner's Unopposed Motion for Entry of Judgment With Remand (Doc. 19) is **GRANTED**.

2. The Commissioner's decision denying benefits is **REVERSED** and this case is **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

3. The Clerk is **DIRECTED** to enter judgment, terminate all deadlines, deny all pending motions as moot, and close the file.

**ENTERED** on July 3, 2024.

Kyle C. Dudek
United States Magistrate Judge

Copies: All Parties of Record